Ray A. Mateo, Esq. (#003372010)
Emily Arezzi, Esq. (#486492024)
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Boulevard, 18th Floor
Newark, NJ 07102
rmateo@ck-litigation.com
earezzi@ck-litigation.com

*Attorneys for Defendant Gabriel Perez*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL PEREZ | Hon. Christine P. O'Hearn, U.S.D.J.<br>Crim No. 25-573 (CPO)<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE INDICTMENT AND DISQUALIFY THE GOVERNMENT'S COUNSEL**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that on January 12, 2026, Gabriel Perez ("Defendant"), by and through his attorneys, will move before the Honorable Christine P. O'Hearn of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Camden, New Jersey, for an Order granting Defendant's Motion to Dismiss the Indictment and Disqualify the Government's Counsel.

PLEASE TAKE FURTHER NOTICE that in support of his Motion to Dismiss the Indictment and Disqualify the Government's Counsel, Defendant will rely upon the accompanying Memorandum of Law.

Dated:  January 12, 2026  **CALCAGNI & KANEFSKY LLP**

By:  */s/ Ray A. Mateo*
Ray A. Mateo, Esq.
Emily Arezzi, Esq.
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
Tel.: (862) 229-0499
rmateo@ck-litigation.com
earezzi@ck-litigation.com

*Attorneys for Defendant Gabriel Perez*