UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL PEREZ | Hon. Christine P. O'Hearn, U.S.D.J.<br>Crim No. 25-573 (CPO)<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court by way of the Motion for Court-Ordered Disclosure of the Grand Jury Transcript and to Compel Discovery, filed by Defendant Gabriel Perez ("Defendant"), for an Order dismissing the Indictment and disqualifying the Government's counsel for noncompliance with the Federal Vacancies Reform Act and 28 U.S.C. § 546, and the Court having considered the papers submitted, the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____, 2026:

**ORDERED** that Defendant's Motion to Dismiss the Indictment and Disqualify the Government's Counsel is **GRANTED**.

 

HONORABLE CHRISTINE P. O'HEARN,
U.S.D.J.