# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GABRIEL PEREZ<br><br>Defendant. | Criminal No. 25-cr-573 (CPO)<br><br>**ORDER TRANSFERRING CASE** |

**THIS MATTER** comes before the Court upon a to Motion Dismiss the Indictment and Disqualify the Government's Counsel ("Motion") filed by Defendant on January 12, 2026, (ECF No. 49); and

**WHEREAS** Defendant's Motion raises issues common to those in <u>United States v. Giraud Jr, et al.</u>, Criminal Action No. 24-768 (M.D. Pa. 2024), and challenges the legality of the current structure of the United States Attorney's Office for the District of New Jersey; and,

**WHEREAS** pursuant to the July 28, 2025, Order of the Honorable Michael A. Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit, and for good cause shown,

**IT IS** on this **14th** day of **January 2026,**

**ORDERED** that this action is hereby **TRANSFERRED** to the Honorable Matthew W. Brann, Chief Judge of the United States District Court for the Middle District of Pennsylvania; and,

**ORDERED** that the adversarial motions, (ECF Nos. 36, 37), are **ADMINISTRATIVELY TERMINATED** pending resolution of the Motion. The adversarial motions will be reinstated at an appropriate time; and

**ORDERED** that the Clerk of Court shall serve a copy of this Order upon the Clerk of Court for the Middle District of Pennsylvania.



HON. CHRISTINE P. O'HEARN
UNITED STATES DISTRICT JUDGE